RIVERA *v.* MERCED.

APELACIÓN procedente de la Corte de Distrito de San Juan.

No. 578.—Resuelto en febrero 21, 1911.

APELACIÓN—PRUEBAS CONTRADICTORIAS.—La apreciación de la corte inferior en los casos de pruebas contradictorias debe aceptarse por el tribunal de apelación a no ser que se demuestre que dicha corte actuó movida por pasión, prejuicio o parcialidad, o que incurrió en manifiesto error.

ID.—ASEGURAMIENTO DE SENTENCIA—DAÑOS Y PERJUICIOS.—No es procedente la práctica de prueba en el juicio, tendente á establecer los daños y perjuicios ocasionados al demandado por el embargo de sus bienes a virtud de una orden para asegurar la eficacia de la sentencia que se dictara, pues solo en el caso de que se declarara improcedente la demanda, podrían alegarse y probarse los daños y perjuicios por dicho embargo causados.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Manuel F. Rossy.*

Abogado del apelado: *Sr. José Martínez Dávila.*

EL JUEZ ASOCIADO, SR. DEL TORO, emitió la opinión del tribunal.

El presente es un recurso de apelación en un caso sobre cobro de pesos. En la demanda se alegó que el demandado Merced debía a la demandante la suma de cuatrocientos dollars con sus intereses a partir del 6 de noviembre de 1908, debiendo descontarse de los intereses vencidos la suma de $49.52 abonados al efecto. El demandado aceptó la certeza de la deuda en cuanto al principal pero no en cuanto a los intereses y alegó que él estipuló que satisfaría su débito, dando en pago ciertas casas de su propiedad que la demandante se había negado a recibir. El demandado, además estableció reconvención reclamando la suma de 200 pesos en concepto de daños y perjuicios que alegó que se le habían causado con motivo de la orden para asegurar la efectividad de la sentencia que pudiera pronunciarse en este caso, dictada a instancias de la demandante.

El pleito fué fallado en primera instancia por la corte municipal de Bayamón, y en segunda instancia por la corte de distrito en contra del demandado.

Que el demandado Merced tomó a préstamo a Baltazar Brañuelas a principios de noviembre de 1908 la suma de cuatrocientos pesos; que Brañuelas falleció; que la menor María Petra Brañuelas fué declarada por la Corte de Distrito de San Juan única y universal heredera de su padre Baltazar Brañuelas, que Eduarda Rivera es madre con patria potestad de la dicha menor María Petra, y que el demandado no ha pagado su deuda, son hechos aceptados por ambas partes en este caso. El conflicto de la prueba sólo existe en dos puntos, a saber: 1°. ¿Se fijó interés? 2°. ¿Se estipuló la forma de pago alegada por el demandado?

El préstamo no se hizo constar por escrito y sólo tres testigos declararon en el acto del juicio ante la corte de distrito. Dos de ellos, Eduarda Rivera y Matías Burón, manifestaron que el préstamo fué con interés, especificando Burón el interés

del uno por ciento y manifestando además que Merced debía devolver el dinero a los pocos meses porque Brañuelas lo tenía destinado para hacer un viaje a España por motivos de salud. El tercer testigo que declaró, que lo fué el propio demandado, manifestó que el préstamo se verificó sin interés y que el pago se estipuló en la forma expresada en la contestación.

El juez, al dirimir el conflicto, dió crédito a las declaraciones de Eduarda Rivera y Matías Burón y falló en favor de la demandante. Nosotros hemos examinado el caso en su totalidad y no hemos encontrado nada que demuestre que la corte actuó movida por pasión, prejuicio o parcialidad, o que haya cometido error alguno manifiesto, y en tal virtud, de acuerdo con la doctrina establecida por esta corte en repetidos casos, debemos aceptar la apreciación de la corte sentenciadora como la justa y procedente.

En cuanto a la reconvención, la corte de distrito resolvió con muy buen sentido a nuestro juicio, que no era necesario que se practicara prueba alguna sobre ella, por considerarla improcedente, dado que el embargo en los bienes del demandado se había hecho para el aseguramiento de la sentencia y sólo en el caso de declararse improcedente la demanda podrían alegarse y probarse los daños y perjuicios que se hubieren ocasionado al demandado con el embargo.

El recurso debe declararse sin lugar y confirmarse la sentencia apelada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández, y Asociado, Wolf.

Los Jueces Asociados, Sres. MacLeary y Aldrey, no intervinieron en la resolución de este caso.